No. 896, October Term, 1939. McCAMPBELL v. WARRICH CORPORATION ET AL. October 14, 1940. The motion for a writ of certiorari to supply omissions from the record and for an order for further proof is denied. Messrs.

*Lewis H. Barnes, Carmi A. Thompson,* and *Orville Smith* for petitioner. *Messrs. Elmer M. Leesman* and *Harold L. Reeve* for respondents. See 310 U. S. 631.